INTER COMMUNITY BANK v. ROBERT W. MATTHIES.

January 23, 1984.

Petition for certification denied.

RONNY–GERARD, INC. v. SONNY D. CORPORATION.

January 23, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. DARRYL TICE.

January 31, 1984.

ORDERED that the motion for leave to appeal is granted and the November 18, 1983 order of the Appellate Division is summarily reversed and the matter is remanded to the Appellate Division to permit the record to be supplemented by filing defendant's affidavit; and it is further

ORDERED that the State may supplement the record in opposition to defendant's affidavit.

Jurisdiction is not retained.